UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NATIONAL ASSOCIATION OF HOME BUILDERS, *et al.*, <br><br> Appellants, <br><br> v. <br><br> U. S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Appellees. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  No. 13-5290 |

## APPELLANTS' STATEMENT OF INTENT REGARDING APPENDIX DEFERRAL

Appellants do not intend to file a deferred appendix in this matter. Appellants will file an appendix in conjunction with their opening brief.

DATED: November 4, 2013

Respectfully submitted,

  /s/ Aaron T. Martin

Norman D. James (AZ Bar No. 006901)
Aaron T. Martin (AZ Bar No. 028358)
FENNEMORE CRAIG
2394 East Camelback Road., Suite 600
Phoenix, AZ  85016
Tel:  (602) 916-5346
Email:   njames@fclaw.com
Email:   amartin@fclaw.com
Attorneys for Plaintiffs National Association of Home Builders, *et al*.

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November, 2013, I electronically filed the foregoing document, **APPELLANTS' STATEMENT OF ISSUES,** through the Court's CM/ECF system. Electronic filing operates to effect service of the document on counsel who have obtained passwords.

        /s/ Aaron T. Martin
        Aaron T. Martin

8635041.1